PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**MAGISTRATE JUDGE VALDEZ**

RECEIVED DEC 26 2007

| DOCKET NUMBER (Tran. Court) |
|---|
| HCR 92-00040 |

| DOCKET NUMBER (Rec. Court) |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT & PROBATION OFFICE CHICAGO, ILLINOIS | DIVISION |
|---|---|---|
| Chaidez, Raul **JUDGE DER-YEGHIAYAN** | Indiana Northern | |
| **08CR 0070** | NAME OF SENTENCING JUDGE James T. Moody | |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 08/25/06 | TO 08/24/11 |

**OFFENSE**

Conspiracy to Distribute Cocaine; Aiding and Abetting the Distribution of Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  "Northern District of Indiana"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Nov. 13, 2007
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 2 4 2008
Effective Date

_____
United States District Judge
James F. Holderman

FILED
1-29-08
JAN 2 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT