UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

RAUL CHAIDEZ,

        Defendant,

No.  08 CR 70

Judge Samuel Der-Yeghiayan

## NOTICE OF FILING

TO:    United States District Court
        State's Attorneys Office
        219 S. Dearborn Street
        Chicago, Illinois

     Please take Notice that on the __24th__ day of June, 2008, we shall file with the Clerk of the United States Court, for the Northern District of Illinois, Eastern Division, the attached Motion for Early Termination of Probation, a copy of which is served upon you.

                                            s/ Alexander M. Salerno
                                            Alexander M. Salerno

## CERTIFICATE OF SERVICE

     ALEXANDER M. SALERNO, an attorney, hereby states on oath that he caused to be served upon the above named parties, by electronic filing, before the hour of 5:00 p.m. on the __2nd__ day of June, 2008, a copy of the Notice and documents referred to therein.

                                            Alexander M. Salerno
                                            2505 S. Des Plaines Ave.
                                            North Riverside, IL 60546
                                            (708) 443-5400