# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No. 08 CR 70 |
| ) | Honorable Samuel Der-Yeghiayan |
| **RAUL CHAIDEZ,** ) | |
| **Defendant.** ) | |

## NOTICE OF MOTION

TO:   United States Attorney's Office
      219 S. Dearborn Street, 5th Floor
      Chicago, IL 60604

   On June 24, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before Judge Samuel Der-Yeghiayan or any judge sitting in his stead, in Room 1903 at 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached MOTION FOR EARLY TERMINATION OF PROBATION, a copy of which is hereby served upon you.

                                          /s Alexander M. Salerno
                                          Attorney for Defendant

ALEXANDER M. SALERNO
2505 S. Des Plaines Avenue
North Riverside, IL 60546
(708) 443-5400

## CERTIFICATE OF SERVICE

   I, ALEXANDER M. SALERNO, an attorney, certify I served this Notice electronically by serving the United States's Attorney's Office, on the 6thth day of June, 2008.

                                          /s Alexander M. Salerno
                                          ALEXANDER M. SALERNO