# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 70 - 1 | **DATE** | 6/24/2008 |
| **CASE TITLE** | USA vs. Raul Chaidez | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for early termination of supervision [3] is granted. Defendant Raul Chaidez's supervision is hereby ordered terminated without objection by the probation department.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|